# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jeromy Arroyo,

               Plaintiff

v.

Las Vegas Urology, et al.,

               Defendants

Case No.: 2:24-cv-01503-JAD-BNW

**Order Adopting
Report & Recommendation**

[ECF No. 3]

      On November 22, 2024, the magistrate judge screened Plaintiff Jeromy Arroyo's complaint and recommends that his medical-malpractice claim be dismissed without prejudice but also without leave to amend because he failed to file the affidavit necessary to pursue that claim. The magistrate judge also recommends that Arroyo be given a chance to amend his remaining allegations by December 27, 2024, if he can state a different, viable claim. Any objection to that recommendation was due by December 6, 2024, and Arroyo neither objected nor moved to extend his time to do so. When no objections are filed, no review of a magistrate judge's report and recommendation is required.[1] Accordingly,

      IT IS ORDERED THAT the Report and Recommendation **[ECF No. 3] is ADOPTED** in full; **plaintiff's medical-malpractice claim is dismissed without prejudice but also without leave to amend; and plaintiff has until December 27, 2024, to file an amended complaint if he can plead another viable claim. If he fails to do so, this case may be closed without further prior notice.**

_____
U.S. District Judge Jennifer A. Dorsey
December 6, 2024

---

[1] *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).